

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0070

FILED
04/19/2022
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0070

---

DAVID SNYDERS,

    Plaintiff and Appellant,

v.

PROFESSIONAL PROPERTY MANAGEMENT,

    Defendant and Appellee,

---

FILED

APR 1 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 23, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 19 day of April, 2022.

For the Court,

By _____

Chief Justice